THE PEOPLE OF THE STATE OF NEW YORK ex rel. P. J. CARLIN CONSTRUCTION COMPANY and Another, Respondents, v. WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Appellant.— Pur-

suant to the provisions of section 231 of the Code of Civil Procedure, appeal herein transferred to the Third Department of this court for hearing and determination. (See *post*, p. 941.) Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred. Order signed.

THE BRISLIN COMPANY, Respondent, v. HILLSIDE BANK, Appellant, Impleaded with JOHN BOSSERT and CHARLES V. BOSSERT, etc., Respondents, and Others, Defendants.— Motion denied, with ten dollars costs. Present—Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.